IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE IVAN MARINO-MEZA, a/k/a ANTONIO MORENO RAMIREZ,<br><br>               Defendant. | **4:20CR3105**<br><br>**ORDER** |

The government has moved to continue the Rule 16 discovery deadline, (Filing No. 20), because it needs additional time to review and de-duplicate the discovery received from the investigating agents. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     The government's motion to continue, (Filing No. 20), is granted.

2)     The government's Rule 16 discovery shall be served on or before November 20, 2020.

3)     Defendant's pretrial motion deadline is extended to December 8, 2020. Trial remains set for December 28, 2020.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and November 20, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 12th day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge